**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Ex parte Maurice Edwards

Appellate case number:   01-19-00100-CR

Trial court case number:  1620108

Trial court:                    209th District Court of Harris County

   Appellant's response to the motion for en banc consideration filed by the State of Texas is due on October 28, 2019. *See* TEX. R. APP. P. 49.2. Appellant has filed a motion for extension of time to file his response. The motion is **granted**. Appellant's response is due to be filed by **November 7, 2019**.

   It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
    ☑ Acting individually  ☐ Acting for the Court


Date: ___October 24, 2019_____